**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED CONSTRUCTION AND LANDSCAPE, INC.,<br><br>　　　　　　　Defendant. | Case No. 2:22-cv-03483-FLA (AFMx)<br><br>**ORDER ENTERING STIPULATED JUDGMENT AGAINST DEFENDANT UNITED CONSTRUCTION AND LANDSCAPE, INC. AND DISMISSING ACTION [DKT. 28]** |

1

On May 11, 2023, Plaintiff Construction Laborers Trust Funds for Southern California Administrative Company ("Plaintiff") and Defendant United Construction and Landscape, Inc. ("Defendant") filed a Stipulation for Entry of Judgment (the "Stipulation"). Dkt. 28.

Having considered the Stipulation and finding good cause therefor, the court hereby ORDERS:

1. Judgment is ENTERED IN FAVOR of Plaintiff, an administrator of, agent for collection for, fiduciary to, and on behalf of the Laborers Health and Welfare Trust Fund for Southern California, Construction Laborers Pension Trust for Southern California, Laborers Annuity Plan for Southern California, Laborers Vacation, Holiday and Sick Pay Trust Fund, Laborers Training and Re-Training Trust Fund for Southern California, Fund for Construction Industry Advancement, Center for Contract Compliance, Laborers Contract Administration Trust Fund for Southern California, Laborers' Trusts Administrative Trust Fund for Southern California, Southern California Partnership for Jobs Trust Fund, and Landscape Industry Promotion Fund (hereinafter "Trust Funds" where referenced collectively) and AGAINST Defendant in the amount of $58,180.89.

2. The monetary judgment shall not have a *res judicata* effect, operate as a bar, or effect any other limitation of any right of the Trust Funds or any individual Trust Fund (including Plaintiff on behalf of the Trust Funds or any individual Trust Fund) to determine and collect amounts due by Defendant for months after September 2020.

3. All deadlines governing this action are VACATED.

4. The court DISMISSES the action without prejudice. The court retains jurisdiction to vacate this Order and to reopen the action within sixty (60) days from the date of this Order, provided any request by a party to do so

shall make a showing of good cause as to why the settlement has not been completed within the 60-day period, what further settlement processes are necessary, and when the party making such a request reasonably expects the process to be concluded.

5. This Order does not preclude the filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval of the court.  Such stipulation shall be filed within the aforementioned 60-day period, or by such later date ordered by the court pursuant to a stipulation by the parties that conforms to the requirements of a showing of good cause stated above.

IT IS SO ORDERED.

Dated: May 16, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge